# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

ERIC T. ALSTON,

     Plaintiff,                                                                    ORDER

v.

                                              Case No.  19-cv-290-bbc

TOMISLAV Z. KUZMANOVIC, ET AL.,

     Defendants.

Plaintiff Eric T. Alston has filed a proposed civil complaint and requested leave to proceed without prepaying the filing fee.  To evaluate plaintiff's request to proceed with prepayment of the filing fee, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint.  28 U.S.C. § 1915(a)(2).

For this case to proceed, plaintiff must submit the certified trust fund account statement no later than May 7, 2019. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2).  Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

## ORDER

IT IS ORDERED that plaintiff Eric T. Alston may have until May 7, 2019 to submit a trust fund account statement for the period beginning approximately October 15, 2018 and ending approximately April 15, 2019.  If, by May 7, 2019, plaintiff fails to respond to this

order, I will assume that plaintiff wishes to withdraw this action voluntarily.  In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 16th day of April, 2019.

BY THE COURT:

/s/

PETER OPPENEER
Magistrate Judge