IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ERIC ALSTON,

    Plaintiff,

  v.

    Case No. 19-cv-290-bbc

TOMISLAV Z. KUZMANOVIC,
MATTHEW KEES, ANDREW BENTZ
AND JOSHUA STILLMAN,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 6/21/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |